500 P.3d 378 (Mem)
In re: Todd WASULKO, Rasheda Mayner, Manish Sing, and Ying Li, Plaintiffs,
v.ERENTPAYMENT, LLC, Defendant,
v.Base Commerce, LLC d/b/a Check Commerce, Third Party Defendant.
Supreme Court Case No: 2019SA91 Supreme Court of Colorado.
DATE FILED: January 8, 2021
ORDER OF COURT
Upon consideration of the "Stipulated Motion to Dismiss Proceedings Pursuant to C.A.R. 42" filed in the above cause, and now being sufficiently advised in the premises,
IT IS ORDERED that said Stipulated Motion shall be, and the same hereby is, GRANTED. The above-captioned matter is hereby DISMISSED and the case CLOSED.